UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Marta Hanyzkiewicz, on behalf of herself
and all others similarly situated,
         Plaintiff,

v.                                CASE NO.: 1:22-cv-2032
Alidoro II, LLC

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 27, 2022

                                                    Respectfully Submitted,

SO ORDERED:                              */s/Mark Rozenberg*
s/ MKB 7/28/2022                          Mark Rozenberg, Esq.
                                                    **Stein Saks, PLLC**
                                                      One University Plaza Suite 620
MARGO K. BRODIE                     Hackensack, NJ 07601
United States District Judge          mrozenberg@steinsakslegal.com
                                                      Tel. 201-282-6500
                                                      Fax 201-282-6501
                                                      *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 27th day of July 2022                          Respectfully Submitted,

                                                               */s/ Mark Rozenberg*
                                                                Mark Rozenberg